**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 10-6836**

───────────

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

LARRY SINCLAIR WILLIAMS,

        Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (1:92-cr-00083-1)

───────────

Submitted: February 24, 2011      Decided: March 2, 2011

───────────

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Larry Sinclair Williams, Appellant Pro Se. Lisa Owings, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Sinclair Williams sought, under 18 U.S.C.A. § 3582 (West 2000 & Supp. 2010), to reduce the consecutive sentences imposed for his multiple convictions for use and carry of firearm during a crime of violence in violation of 18 U.S.C.A. § 924(c)(1) (West Supp. 2010). The district court denied relief. For the reasons that follow, we affirm.

To the extent Williams seeks relief under § 3582(c)(2), his claim fails because he does not rely on a sentencing range that has been subsequently lowered by the Sentencing Commission. To the extent Williams seeks relief under § 3582(c)(1)(B), his claim fails on the merits. We have previously held that convictions for separate crimes of violence may lead to multiple sentences under § 924(c). United States v. Luskin, 926 F.2d 372, 376-77 (4th Cir. 1991); see United States v. Khan, 461 F.3d 477, (4th Cir. 2006) (noting that defendant's conviction on four crime-of-violence charges constituted separate predicate offenses, each of which supported consecutive firearms offense sentence). Here, Williams' separate § 924(c) sentences were based his separate convictions for armed bank robbery.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials

2

before the court and argument would not aid the decisional process.

AFFIRMED